Dove, J.

(No. 5639—

W. A. Nye, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed July 31, 1969.*

W. A. Nye, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 5642—

Paxton Community Hospital, Claimant, *vs.* State of Illinois, Lincoln State School, Respondent.

*Opinion filed July 31, 1969.*

Paxton Community Hospital, Claimant, pro se.

William J. Scott, Attorney General; Lee D. Martin, Assistant Attorney General, for Respondent.

Dove, J.

(No. 5646—

American Laundry Machinery Industries, Division of McGraw-Edison Company, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.